**JESSE S. KAPLAN   CSB# 103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**(916) 488-3030**
**(916) 489-9297 fax**

**Attorney for Plaintiff**
**MERLE E. WEVER**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MERLE E. WEAVER,** | No.  1:08-CV-01498-OWW-SMS |
| **Plaintiff,** | |
| v. | ORDER GRANTING *EX PARTE* MOTION TO TRANSFER VENUE TO SACRAMENTO PRIOR TO SERVICE OF COMPLAINT |
| **HARTFORD LIFE and ACCIDENT INSURANCE COMPANY, SMITHWAY MOTOR Xpress, Inc., GROUP DISABILITY INCOME INSURANCE PLAN,** | |
| **Defendants.** / | |

**ORDER**

This is an *ERISA* long term disability benefits claim.  The complaint was filed October 5, 2008.  Plaintiff moves the court *ex parte* to transfer venue from Fresno to Sacramento within the Eastern District, explaining the matter was wrongly venued in Fresno due either to computer or attorney error during the filing process. According to the motion, plaintiff brings this motion before beginning service of process. According to the complaint, plaintiff resides in El Dorado County and venue derived from that fact dictates the matter should be in Sacramento.

1

1 | Therefore, GOOD CAUSE APPEARING from the filings before the court, the case will be
2 | transferred to Sacramento.
3 |     IT IS SO ORDERED.
4 |     DATED: 11/7/2008      /s/ OLIVER W. WANGER
                                                OLIVER W. WANGER
5 |                                                 UNITED STATES DISTRICT COURT JUDGE