1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE  Bar No. 102181
2  DENNIS G. ROLSTAD  Bar No. 150006
   ERIN A. CORNELL  Bar No. 227135
3  One Market Plaza
   Steuart Tower, 8th Floor
4  San Francisco, California 94105
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635

6  Attorneys for Defendant
   HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

| MERLE E. WEAVER, | CASE NO. 08-CV-02673 JAM-DAD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; SMITHWAY MOTOR Xpress, INC. GROUP DISABILITY INCOME PLAN, | |
| Defendants. | |

   IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff MERLE

E. WEAVER and defendant HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

through his or its respective attorneys of record herein, that this entire action, including the

complaint, shall be DISMISSED WITH PREJUDICE as to all parties, each party to bear his or its

own attorneys' fees and costs.


DATED: July 27, 2009          JESSE S. KAPLAN


                              By: s/Jesse S. Kaplan (as authorized on July 27, 2009)
                                  Jesse S. Kaplan
                                  Attorney for Plaintiff
                                  MERLE E. WEAVER

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: July 30, 2009 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |

By: <u>s/Dennis G. Rolstad</u>
    Dennis G. Rolstad
    Erin A. Cornell
    Attorneys for Defendant
    HARTFORD LIFE AND ACCIDENT INSURANCE
    COMPANY

### **ORDER**

IT IS SO ORDERED.

DATED: July 30, 2009

    <u>/s/ John A. Mendez</u>
    HONORABLE JOHN A. MENDEZ
    UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com